UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JACQUELINE MCNEILL ) | Case Number: 3:10-cv-02086 |
| Plaintiff ) |  |
| ) | CIVIL ACTION |
| vs. ) |  |
| NELSON, WATSON & ) |  |
| ASSOCIATES, LLC ) |  |
| Defendant ) |  |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, JACQUELINE McNEILL, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

          BY: /s/ Bruce K. Warren
              Bruce K. Warren, Esquire
              Attorney for Plaintiff
              Attorney I.D. #89677
              Warren & Vullings, LLP
              1603 Rhawn Street
              Philadelphia, PA  19111
              215-745-9800